**Albert Raymond COOPER,**
**Plaintiff–Appellant,**

v.

**Larry G. MASSANARI, Acting Commissioner of Social Security Administration; Janet Reno; John Grimball, Defendants–Appellees.**

No. 01–1270.

United States Court of Appeals,
Fourth Circuit.

Submitted July 31, 2001.

Decided Aug. 15, 2001.

Albert Raymond Cooper, pro se. Thomas Stephen Inman, Social Security Administration, Denver, CO, for appellees.

Before WIDENER, NIEMEYER, and LUTTIG, Circuit Judges.

PER CURIAM.

Albert Raymond Cooper appeals the district court's order affirming the Commissioner's denial of Social Security disability benefits. We have reviewed the record and the district court's opinion adopting the magistrate judge's report and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Cooper v. Apfel,* No. CA–99–2735–7–19BD (D.S.C. Jan. 22, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*